UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **SA CV 17-01389 MWF (AFM)**                              Date:  December 11, 2017

Title  **Joseph Espinoza v. Miguel Cuenca, et al.**

Present: The Honorable:  ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On October 26, 2017, the Court dismissed the Complaint with Leave to Amend and ordered plaintiff to file a First Amended Complaint by November 25, 2017.  Plaintiff was admonished that if he fails to timely file a First Amended Complaint, the Court will recommend that the action be dismissed with prejudice on the grounds set forth in the Order and for failure to diligently prosecute.  The docket sheet shows that, as late as the date of this Order, plaintiff has not filed a First Amended Complaint.  Plaintiff has failed to comply with the Court's Order.

Accordingly, plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute.  Plaintiff shall file and serve a response to this Order in a written submission on or before **December 29, 2017**.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |