# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ESPINOZA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MIGUEL CUENCA, et al.,<br><br>　　　　　Defendants. | Case No. SA CV 17-01389 MWF (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: March 8, 2018

　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE